**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 462 MAL 2017
:
             Respondent       :
                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court
          v.               :
:
:
R.A.S.,                     :
:
             Petitioner         :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.